UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00267(1)-DAE |
| | § | |
| (1) Julio Cesar Gutierrez | § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE AND ORDER RESETTING SENTENCING

Before the Court is DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE. The Government is unopposed to the request for a continuance. For the reasons stated, the Court finds the motion (Dkt no. 42) to be well taken and is GRANTED.

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on **Monday, June 01, 2020 at 09:00 AM**. Sentencing memoranda and motions relevant to the sentencing hearing must be submitted to the Court no later than 5 days prior to the sentencing hearing.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas, April 21, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE